# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Pena, | No. CV-23-02097-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

United States Magistrate Judge Camille Bibles has issued a report and recommendations ("R&R") (Doc. 33) recommending that the case be dismissed without prejudice for failure to prosecute. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at 3) (citing Rule 72, Federal Rules of Civil Procedure) No objection has been filed, which relieves the Court of its obligation to review the R&R. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); Thomas v. Arn, 474 U.S. 140, 149 (1985); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). Nevertheless, the Court has reviewed the pleadings and agrees with the analysis of Magistrate Judge Bibles. The Court will accept and adopt the R&R.

**IT IS THEREFORE ORDERED** that Report and Recommendation of the Magistrate Judge (Docs. 33) is accepted.

…

…

…

**IT IS FURTHER ORDERED** dismissing this case without prejudice. The Clerk of Court is directed to enter judgment accordingly and terminate this case.

Dated this 15th day of April, 2024.

_____
Honorable Susan M. Brnovich
United States District Judge